UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-05782-SRM (BFM) | Date | October 7, 2026 |
| Title | Janet Alanis et al v. United States of America et al | | |

| | |
|---|---|
| Present: The Honorable | SERENA R. MURILLO, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Gabriela Garcia | CourtSmart |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Benjamin Siminou | Belinda Vega<br>Jonathan Ko |

**Proceedings:** **MOTION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT [15]**

Case called. Counsel makes their appearance. For the reasons stated on the record, the Motion is **GRANTED**. The case is remanded to Ventura County Superior Court, case number 2025CUPP056926.

**IT IS SO ORDERED.**

- : 16

Initials of Deputy Clerk gga